February 22, 1979

404 A.2d 1353

Commonwealth v. John Christian Smith, Appellant.

Submitted April 10, 1978. Louis R. Dadowski, Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

February 23, 1979

404 A.2d 1354

Commonwealth v. Bariana, Appellant.

Submitted March 20, 1978. Michael J. Wetmore, Public Defender, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.